1 DAN SIEGEL, SBN 56400
EMILYROSE JOHNS, SBN 294319
2 SIEGEL, YEE, BRUNNER & MEHTA
3 475 14th Street, Suite 500
Oakland, California 94612
4 Telephone: (510) 839-1200
Facsimile: (510) 444-6698
5
6 Attorneys for Plaintiffs
LAMESHA SMITH,
7 CHARDONNAY CRANE,
GAVONYAH WARREN,
8 and TYRONE SMITH

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAMESHA SMITH, CHARDONNAY CRANE, GAVONYAH WARREN, and TYRONE SMITH,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND and SARAH LANGLAIS,<br><br>Defendants. | Case No. 3:18-cv-06224-JCS<br><br>**STIPULATED NOTICE OF DISMISSAL** |

The parties, through their undersigned attorneys, having settled this action, hereby agree to dismiss this case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties further stipulate that each party shall bear its own costs and attorneys' fees.

Dated: November 20, 2019

SIEGEL, YEE, BRUNNER & MEHTA

By: */s/ EmilyRose Johns*
EmilyRose Johns

Attorneys for Plaintiffs
LAMESHA SMITH,
CHARDONNAY CRANE,
GAVONYAH WARREN,
and TYRONE SMITH

Dated: November 20, 2019

BARBARA J. PARKER, City Attorney
MARIA BEE, Chief Assistant City Attorney
DAVID A. PEREDA, Special Counsel
BEN PATTERSON, Deputy City Attorney

By: */s/ Ben Patterson*
Ben Patterson

Attorneys for Defendant
CITY OF OAKLAND

Dated: November 20, 2019

NEWDORF LEGAL

By: */s/ David B. Newdorf*
David B. Newdorf

Attorney for Defendant
SARAH LANGLAIS